IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOLO CUP OPERATING CORPORATION, | ) | CASE NO.: 05 C 5760 |
| | ) | |
| Plaintiff, | ) | Assigned Judge: KENNELLY |
| v. | ) | |
| | ) | |
| LOLLICUP USA, INC. and HONOR PLASTIC | ) | |
| INDUSTRIAL CO., LTD., | ) | Magistrate Judge; Schenkier |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

To:   See Service List attached.

PLEASE TAKE NOTICE THAT on Wednesday, March 29, 2006, at 9:00 a.m. we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in Room 2103 at the United States District Court, 219 S. Dearborn, Chicago, Illinois and then and there present the Motion For Withdrawal And Substitution Of Counsel Pursuant To Local Rule 83.17, a copy of which is attached and hereby served on you.

## CERTIFICATE OF SERVICE

I, a non-attorney, on oath, state that I mailed a copy of this notice and attached document to all parties stated above via facsimile on March 21, 2006.

Subscribed and sworn to before
me this March 21, 2006.

_____
Notary Public

"OFFICIAL SEAL"
NANCY L. ROSS
Notary Public, State of Illinois
My Commission Expires 4/2/09

Charles M. Farano, Esq.
Farano & Kieviet, LLP
2300 East Katella Avenue, Suite 235
Anaheim, California 92806-6047
Tel. (714) 935-2400
Fax. (714) 935-2410
E-Mail: cfarano@faranolaw.com

Donald C. Shine, Esq. (ARDC# 258835)
Daniel P. Dawson, Esq. (ARDC# 6199728)
Nisen & Elliot, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel. (312) 346-7800
Fax. (312) 346-9316

## SERVICE LIST

Linda A. Kuczma, Esq.
Brent A. Hawkins, Esq.
Amy M. Crout, Esq.
Wallenstein, Wagner & Rockery
311 S. Wacker Dr., 53rd Floor
Chicago, IL 60606-6630
(312) 554-3301

J. Pieter van Es., Esq.
Wendell W. Harris, Esq.
Banner & Witcoff, Ltd.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606-7407
(312) 463-5001