## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5760 | **DATE** | 3/29/2006 |
| **CASE TITLE** | Solo Cup Operating Corporation vs. Lollicup USA, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for withdrawal and substitution of counsel pursuant to Local Rule 83.17 is granted. Status hearing on 3/29/06 will proceed as scheduled.

Docketing to mail notices.

04:01

| | Courtroom Deputy Initials: | DS |
|---|---|---|